DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

HOPE EBEH,

Appellant,

v.

REEMPLOYMENT ASSISTANCE APPEALS COMMISSION and
FLAGGLER FORCE LLC,

Appellees.

No. 2D2025-1717

_____

July 1, 2026

Appeal from the Department of Insurance Reemployment Assistance
Appeals Commission.

Hope Ebeh, pro se.

Amanda L. Neff, Deputy General Counsel, Reemployment Assistance
Appeals Commission, Tallahassee, for Appellees.


PER CURIAM.

    Affirmed.

SLEET, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.